IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEE HARRIS, | ) | |
| | ) | Case No. 1:23-cv-14220 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ZULEY, JAMES WARD, JOHN McHUGH, WILLIAM CALLAGHAN, THOMAS KEANE, JAMES CRADICK, THOMAS BLOMSTRAND, TERRY O'CONNOR, MICHAEL WICK, WAYNE JOHNSON, ANTHONY VILLARDITA, the CITY OF CHICAGO, COOK COUNTY STATE'S ATTORNEY CHERYL CESARIO, and COOK COUNTY. | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | | |

## RULE 25 STATEMENT NOTING PLAINTIFF'S DEATH

Plaintiff's counsel provides formal notice pursuant to Fed. R. Civ. P. 25 that the death of Plaintiff Lee Harris occurred on or about November 24, 2023. Efforts are underway to set up an estate on behalf of Mr. Harris and Plaintiff's counsel intends to file a motion for substitution of the parties pursuant to Fed. R. Civ. P. 25 once the estate has been formalized.

Respectfully submitted,

**LEE HARRIS**

By: /s/ Jordan Poole
*Counsel for Plaintiff*

Jon Loevy
Elizabeth Wang
Jordan Poole
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

    I, Jordan Poole, an attorney, hereby certify that on November 29, 2023, I caused the foregoing motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                                       /s/ Jordan Poole
                                                                       *One of Plaintiff's Attorneys*