AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| LEE HARRIS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-14220 |
| | ) |
| CITY OF CHICAGO, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Diana C. Sepielli
427 S Boston Ave. Apt. 20A, Tulsa, OK 74103

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: D&R Tulsa c/o Kentuckiana Reporters<br>401 S. Boston Ave., Ste 310<br>Tulsa, OK 74103 | Date and Time:<br>04/26/2024 10:00 am |
|---|---|

The deposition will be recorded by this method: Stenography and videography

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/22/2024

CLERK OF COURT
OR

_____    /s/ Elizabeth Wang
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiff Lee Harris
, who issues or requests this subpoena, are:
Elizabeth Wang, Loevy & Loevy, 2060 Broadway Ste. 460, Boulder, CO 80302, (720) 328-5642, elizabethw@loevy.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT 3

Civil Action No. 1:23-cv-14220

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Diana Sepielli__ on *(date)* __03/22/2024__ .

☑ I served the subpoena by delivering a copy to the named individual as follows:
__Located Diane outside her apartment building and served her while she walked her dog__
on *(date)* __03/28/2024__ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __40.66__ .

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/28/2024__

*Fraser Kastner*
Server's signature

Fraser Kastner, Private Investigator
Printed name and title

1717 S Cheyenne Ave, Tulsa OK
Server's address

Additional information regarding attempted service, etc.: